Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARGARET J. MARJAMA,** | Civil No. 6:20-cv-00799-MK |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted, approving the sum of $15,631.75 in attorney fees pursuant to 42 U.S.C. §406(b), less Equal Access to Justice ("EAJA") fees in the amount of $11,500.00, for a net cost to Plaintiff herein of $4,131.75.  Because the agency has not withheld past-due

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -                    1

benefits sufficient to satisfy this Order, the Plaintiff's attorney may pursue payment of $4,131.75 directly from the Plaintiff or via the procedures set forth in POMS GN 03920.055.C.

    IT IS SO ORDERED this day of August 15, 2022

                                                        s/ Mustafa T. Kasubhai
                                                        MUSTAFA T. KASUBHAI (He / Him)
                                                        United States Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff